UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

THE STATE OF NEW YORK and THE CITY OF NEW YORK,

                Plaintiffs,

                -v-

UNITED PARCEL SERVICE, INC.,

                Defendant.

------------------------------------------------------------------ X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: <u>February 1, 2016</u>

15-cv-1136 (KBF)

<u>ORDER</u>

KATHERINE B. FORREST, District Judge:

      The Court is close to issuing a decision in relation to plaintiffs' motion regarding certain affirmative defenses (ECF No. 89), but will not be issuing a decision for a few days. (The criminal trial that was ongoing during the January 12, 2016 conference remains ongoing.)

      SO ORDERED.

Dated:    New York, New York
             February 1, 2016

                                              KATHERINE B. FORREST
                                              United States District Judge