UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

THE STATE OF NEW YORK and THE CITY OF NEW YORK,

                                    Plaintiffs,

                   -against-

UNITED PARCEL SERVICE, INC.,
   ¤

      Defendant.

-------------------------------------------------------------------------- X

Case No. 15-cv-1136-KBF

**PLAINTIFFS' SUPPLEMENTAL RULE 56.1 STATEMENT OF MATERIAL <u>UNDISPUTED FACTS</u>**

Pursuant to Rule 56.1 of the Local Rules of the Southern and Eastern Districts of New York and this Court's order dated July 5, 2016 (ECF 282), and in support of its motion for partial summary judgment dated June 24, 2016, against defendant United Parcel Service, Inc. ("UPS"), plaintiffs The State of New York and The City of New York provide this supplemental statement of material facts as to which there is no genuine issue to be tried.   All references to exhibits herein are to exhibits to the Supplemental Declaration of John Oleske dated July 7, 2016, submitted herewith.



Dated:        New York, New York
              July 8, 2016

                                        ZACHARY W. CARTER
                                        Corporation Counsel of the
                                          City of New York
                                        Attorney for Plaintiff the City of New York
                                        100 Church Street, Room 20-99
                                        New York, New York 10007
                                        (212) 356-2032


                                        By:    /s/ Eric Proshansky
                                               Eric Proshansky (EP 1777)
                                               Lilia Toson (LT 4727)
                                               Assistant Corporation Counsel

                                        ERIC T. SCHNEIDERMAN
                                        Attorney General of the State of New York
                                        Attorney for Plaintiff the State of New York
                                        120 Broadway, 3rd floor
                                        New York, New York 10271
                                        (212) 416-6699

                                        By:    /s/ John Oleske
                                               Dana Biberman (DB 9878)
                                               Christopher Leung (CL 1688)
                                               John Oleske (JO 0995)
                                               Assistant Attorneys General