UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
THE STATE OF NEW YORK and THE CITY OF
NEW YORK,

                                                       Case No. 15-cv-1136 (KBF)

                  Plaintiffs,

                -against-

UNITED PARCEL SERVICE, INC.,

                  Defendant.
-------------------------------------------------------------------- X

## PLAINTIFFS STATE OF NEW YORK AND CITY OF NEW YORK'S RULE 56.1 COUNTER-STATEMENT

Pursuant to Local Civil Rule 56.1, Plaintiffs State of New York and City of New York

submit this Counter-Statement to defendant United Parcel Service, Inc.'s Rule 56.1 Statement of

Undisputed Facts.

Plaintiffs' responses to UPS's 56.1 Statement of Undisputed Facts:

1.      UPS is a package delivery Company. (Cook Decl. ¶3.)

**Plaintiffs' Response**:  Not disputed.

2.      UPS delivers millions of packages each business day worldwide on behalf of

millions shippers throughout the world. (Cook Decl. ¶3.)

**Plaintiffs' Response**:  Immaterial.

3.      In providing its package delivery services to customers, UPS offers the following

services:

      a.  Scheduled pickup services for shippers. (Cook Decl. ¶4.)

      b.  Picking up packages from shippers. (Cook Decl. ¶4)

c.  Transportation and delivery of packages that are sealed by shippers to the address provide by shippers. (Cook Decl. ¶4)

d.  Multiple means of tracking shipments that are available to both shippers and consignees. (Cook Decl. ¶4.)

e.  Certain "value-added services" to customers, such as specialized pickup and delivery options, delivery notification, and special handling to meet particular shipper needs. (Cook Decl. ¶5.)

f.  Logistics support services and customized solutions. (Cook Decl. ¶5.)

**Plaintiffs' response**:  As to 3.c., disputed to the extent UPS suggests that it only transported or delivered sealed packages and did not otherwise know (or have reason to know) the contents of each package at issue in this case.  In 2011, for example, UPS Potsdam facility supervisor Steve Talbot stated that his facility had four accounts on the St. Regis Mohawk Akwesasne reservation that UPS drivers picked up packages from:  Jacobs Tobacco, Tarbells, Action Race Sports, and NTC / Mohawk Spring Water.  **Ex. 1** (ATF report concerning June 22, 2011 seizure of cigarettes from Potsdam facility), ¶ 9.  Talbot stated that "UPS is aware that each of these locations is shipping cigarettes.  UPS became aware that the loads were in fact cigarettes from the first or second time they were picked up.  Talbot stated that several of the boxes **were not sealed properly and the employees could observe the packages of cigarettes in plain view.**  These employees brought this matter to Talbot's attention and Talbot has even observed the cigarettes in the boxes."  *Id*. at ¶ 11 (emphasis added).

Similarly, Philip D. Christ, the manager of Arrowhawk (an Indian reservation smoke shop), testified in this case that ███████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████

2



**Ex. 2** (Christ, P. Tr.) at 53–54 (emphasis added).

4.    All of the services described in the paragraphs above are offered to all of UPS's customers. (Cook Decl. ¶5.)

**Plaintiffs' response**:  Not disputed.

Plaintiffs' additional material facts (Local Civ. R. 56.1(b)):

5.    UPS knows that when unstamped cigarettes leave one Indian reservation destined for another Indian reservation they are contraband cigarettes:



**Ex. 3** (Depo. Tr. of UPS 30(b)(6) witness Brad Cook), at 67.



*Id*. at 71.

3

████████████████████████████████████████████████████.

**Ex. 3**, at 71, 108–09, 67.

6.      UPS knows that untaxed cigarette shipments come predominantly from Indian reservations because Indians believe that they do not have to pay taxes on the products they sell. **Ex. 3**, at 70–71.

7.      UPS and the shippers at issue each profited from the illegal delivery of unstamped cigarettes. *See*, *e.g.*, **Ex. 4** (UPS 220, ████████████████████████████████████ ████████████████████████████████████████████████); **Ex. 5** (excerpted portion of UPS 1690, ████████████████████████████████ ████████████████████████████████████████████████████ ████████).

8.      UPS employees shared an ongoing financial interest with these traffickers. *See*, *e.g.*, **Ex. 6** (Depo. Tr. of Ronald Logan), 47–50 (████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████), 116–124 (████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████).

9.      UPS focused its employees on keeping and growing its business with these illegal shippers. *See*, *e.g.*, **Ex. 7** (UPS 30798, ████████████████████████████████ ████████████████████████████); **Ex. 8** (UPS 146224, ████████████████ ████████████████████████████████████████████████████ ████); **Ex. 4** (UPS 220, ████████████████████████████████████████

4

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████ ).

10.     Plaintiffs can also identify the purported owners of the various shippers at issue, the management figures who ran day-to-day operations, the relationships between those individuals, and in several cases, the specific roles they played in dealing with UPS.  *See, e.g.*—

 a. **Arrowhawk Group**:  **Ex. 2** (Christ Tr., at 14–15, 18, 20; ██████████████

 ████████████████████████████████████████████████

 ██████████████████████████████████ ); **Ex. 29** (UPS account executive notes

 for various companies, identifying employees, managers and relationships for

 various companies, including ████████████████████████████████████

 ████████████████████████████████████████████████ ); **Ex.**

 **9** (UPS 14–18, UPS account information identifying points of contact, their

 respective titles, management/ownership interest, etc. ██████████████ ); **Ex. 10**

 (UPS 45–49, same for ██████████████ );.

 b. **Shipping Services Group**:  **Ex. 11** (UPS 1–4) (identifying ██████████████

 ████████████████████████████████████████████████

 ██████████████████████████ ); **Ex. 12** (UPS 46566, identifying ████████

 ████████████████████████████████████ ); **Ex. 13** (UPS 62535,

 identifying ████████████████████████████████████████████████ );

 **Ex. 14** (UPS 46120, ██████████████████████████████████

 ████████████████████████████████████████████████

 *cf*. Exs., above); **Ex. 15** (UPS account executive noting ██████████████



UPS 88000); **Ex. 11** (UPS 1–4, ████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████ ); **Ex.**

**16** (UPS147291–94, ████████████████████████

████████████████████████████████████

██████████████, *cf.* Exs. above).

11.    UPS knowingly shipped contraband cigarettes on behalf of the enterprises over the course of many years.  *See*, *e.g.—*

   a.  Shipping Services: **2010–2014**, **Ex. 17** (UPS 101, UPS 141, UPS 146, UPS 92275, UPS 92370, UPS 94411, UPS 147725); **Ex. 18** (UPS 37879, ████████

   ██████████████ ); **Ex. 19** (UPS 86802–03, ████████████████████

   ██████████████ );

   b.  Smokes & Spirits: **2010–2014**, **Ex. 20** (UPS 101, UPS 141, UPS 159, UPS 92298, UPS 92301, UPS 94185, UPS 94411); **Ex. 21** (UPS 144075–84, ████████

   ████████████████████████████████████ );

   **Ex. 22** (UPS 144097–106, ████████████████████████████

   ██████████████████████ ); **Ex. 23** (UPS 144, identifying ████████

   ██████████████████████ );

   c.  Elliot Enterprises / EExpress:

      i.  Elliot Enterprises (2010–2012): **Ex. 24** (UPS 92299, UPS 98392, UPS

      147775); **Ex. 25** (UPS 144053–58, ████████████████████

█████████████████████████); **Ex. 26** (UPS 92244–45, identifying ███████████████████████████████);

    ii.  <u>EExpress</u> (2012–2014): **Ex. 27** (UPS 101, UPS 155, UPS 92290, UPS 94411, UPS 147744); **Ex. 28** (UPS 86793–95, ███████████ ██████████████████████); **Ex. 49** (UPS 38172, identifying ████ ███████████████████████).

12.    These shippers' UPS accounts were only cancelled when law enforcement agencies or other third parties either directly, or indirectly, intervened.  *See*, *e.g.*—

    a.  **Mohawk Spring Water**, **Action Race Parts & Fabrication**, and **Jacobs Manufacturing** (St. Regis Mohawk Akwesasne Reservation shippers):



      i.  ███████████████████████████████ █████████████████████████████ █████████████████████████ **Ex. 30** (UPS 142010).

    ii.  █████████████████████████ ████████████████████████████ █████████████████████████████ ████████████████████████ ███████████████████ **Ex. 31** (UPS 143331–32).

    iii.  ███████████████████████████ ██████████████████████ ████████████████████████████ ████████████████████████

███████████████████████████████████████

██████████████████████████████████

████████████████████████████

████████ **Ex. 32** (UPS 143958).

iv.  On June 22, 2011, ATF and a State Investigator Connolly visited the UPS Potsdam facility.  **Ex. 1** (ATF report of June 22, 2011 seizure of cigarettes from Potsdam facility), ¶ 8.

v.  At that time, UPS Potsdam facility supervisor Steve Talbot stated that the Potsdam facility had four accounts on the reservation from which UPS drivers picked up packages from:  Jacobs Tobacco, Tarbells, Action Race Sports, and NTC / Mohawk Spring Water.  **Ex. 1** (ATF report of June 22, 2011 seizure of cigarettes from Potsdam facility), ¶ 9.

vi.  Talbot further stated that "UPS is aware that each of these locations is shipping cigarettes.  UPS became aware that the loads were in fact cigarettes from the first or second time they were picked up.  Talbot stated that several of the boxes were not sealed properly and the employees could observe the packages of cigarettes in plain view.  These employees brought this matter to Talbot's attention and Talbot has even observed the cigarettes in the boxes."  **Ex. 1** (ATF report of June 22, 2011), ¶ 11.

vii.  Packages then picked up by UPS from Mohawk Spring Water, Action Race Sports, and Jacobs Tobacco revealed several dozen cartons of contraband cigarettes, and were then seized.  **Ex. 1** (ATF report of June 22, 2011), ¶¶ 15–16; **Ex. 33** (████████ UPS 143954).

8

viii. On June 27, 2011, ATF then seized several dozen cartons of contraband cigarettes from UPS's Farmingville, New York facility. **Ex. 1** (ATF report of June 23, 2011 seizure of cigarettes from Farmingville facility).

ix. ████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████. **Ex. 34**

(letters, dated June 28, 2011).

x. Until that time, however, UPS starting in 2010 had delivered—

1. Over ████ packages for ███████████████, **Ex. 35** (UPS 103, UPS 142, UPS 148, UPS 60891, UPS 60892, UPS60894, UPS 92281, UPS93292, UPS 94412);

2. Over ████ packages for █████████████████, **Ex.36** ___ (UPS 103, UPS 142, UPS 150, UPS 60891, UPS 60892, UPS 60894, UPS 92304, UPS 94412); and

3. Over ████ packages for ██████████████, **Ex. 37** (UPS 103, UPS 142, UPS 148, UPS 60891, UPS 60892, UPS 60894, UPS 92281, UPS 93292, UPS 94412).

b. **EExpress**:

i. ████████████████████████████████████████

███████████████████. **Ex. 38** (McPherson email).

ii. ████████████████████████████████████████████

██████████████████████████████████

9



. **Ex. 39** (UPS 86793–95).

iii. 

. **Ex. 40** (UPS 101, UPS 155, UPS 92290, UPS 94411, UPS

147744).

c. **Shipping Services**:



i. 

. **Ex. 41** (UPS 56902).

ii. 

**Ex. 41** (UPS 56902).

iii. 

. **Ex. 42** (UPS 86802–03).

iv. 

. **Ex. 17** (UPS 101, UPS 141, UPS

146, UPS 92275, UPS 92370, UPS 94411, UPS 147725).

13.    UPS conducted an affirmative campaign to target those customers for the opening

of new accounts it knew would be used for the same illegal purpose of shipping unstamped

cigarettes. *See*, *e.g.*, **Ex. 43** (UPS 62523,



); **Ex. 44** (UPS 62540,

); **Ex. 45** (UPS 62544,

); **Ex. 11** (UPS 1–4,

identifying ); **Ex. 46**

(UPS 62561, identifying

); **Ex. 47** (UPS 62565,

).

14.	Later, UPS operated its business outside of its ordinary practices by allowing shippers whose accounts were later cancelled for shipping cigarettes to re-open them, or to open accounts for "new entities that it knew were mere alter-egos of old ones. *See*, *e.g.*, , **Exs. 2, 8–10**; , **Exs. 10–16**; *see also* ¶ 10, above.

15.	These accounts were frequently provided with incentive agreements that rewarded the shippers for their high volumes of shipments that UPS knew to be illegal. *See*, *e.g.*, **Ex. 48** (UPS 62569); **Ex. 49** (UPS 38172–75, identifying ).

16.	UPS also shielded the shippers from law enforcement by ignoring specific directives from federal investigators to disclose tobacco shipments and instead tipping off the

self-interested account executive who colluded with the shippers to reopen suspect accounts. UPS also shielded the shippers from law enforcement by ignoring specific directives from federal investigators to disclose tobacco shipments and instead of tipping off the self-interested account executive who colluded with the shippers to reopen suspect accounts. *See, e.g.,* **Ex. 50** (UPS 63024, ███████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████ ); **Ex. 50** (UPS 63024, ████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████ ); **Ex. 50** (UPS 63023, ██████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████ ); **Ex. 50** (UPS 63023, ████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████████████

██████████████████████ ).

17.     UPS employees consulted extensively with the shippers to facilitate avoidance of the legal and regulatory issues that threatened to undermine their joint activities. *See*, *e.g.*, **Ex.**

**51** (UPS 51026, ████████████████████████████████████████████████

████████████████████ );

18.    UPS not only tracked the packages, but also returned opened packages containing cigarettes to the shippers when rejected by customers.  *See*, *e.g.*, **Ex. 2**  (Christ Tr.), at 44, 53–54.

19.    UPS may have also reimbursed the shippers for lost or damage cigarettes.  *See*, *e.g.*, **Ex. 52** (UPS 34439, identifying ████████████████████████████████████

████████████████ ).


Dated:   New York, New York            ERIC T. SCHNEIDERMAN
         July 26, 2016                 Attorney General of the State of New York


                                       By: __/s/ Christopher K. Leung_____

                                       Dana Biberman (DB 9878)
                                        Chief, Tobacco Compliance Bureau
                                       Christopher K. Leung (CL 1688)
                                       John Oleske (JO 0995)

                                       Assistant Attorneys General
                                       120 Broadway, 3rd Floor
                                       New York, New York 10271
                                       Tel.: 212-416-6699
                                       Dana.Biberman@ag.ny.gov
                                       Christopher.Leung@ag.ny.gov
                                       John.Oleske@ag.ny.gov

                                       *Attorneys for Plaintiff State of New York*

ZACHARY W. CARTER
Corporation Counsel of the City of New York

By: __/s/ Eric Proshansky_____

Eric Proshansky (EP 1777)
Lilia Toson (LT 4727)

Assistant Corporation Counsel
100 Church Street, Room 20-99
New York, New York 10007
Tel.: 212-356-2032
EProshan@law.nyc.gov
LToson@law.nyc.gov

*Attorneys for Plaintiff City of New York*