UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE STATE OF NEW YORK and THE CITY OF NEW YORK,

                Plaintiffs,

-v-

UNITED PARCEL SERVICE, INC.,

                Defendant.

15 Civ. 1136 (KBF)

ECF CASE

---

# [PROPOSED] JOINT PRETRIAL ORDER

Pursuant to Rule 4 of the Court's individual rules of practice, Plaintiffs The State of New York and The City of New York ("Plaintiffs") and Defendant United Parcel Service, Inc. ("UPS") jointly submit this proposed pre-trial order.

**I.**    **The full caption of the action:**

The full caption of the action is set forth above.

**II.**    **Counsel for the parties:**

**Counsel for Plaintiffs:**

*For Plaintiff the State of New York:*

John Oleske
Dana Biberman
Christopher Leung
Kevin Lynch
Office of the Attorney General of the State of New York
120 Broadway, 3rd floor
New York, New York 10271
(212) 416-8660
john.oleske@ag.ny.gov
dana.biberman@ag.ny.gov
christopher.leung@ag.ny.gov
kevin.lynch@ag.ny.gov

1

*For Plaintiff the City of New York:*

Lilia Toson
Eric Proshansky
Tonya Jenerette
New York City Law Department
Office of the Corporation Counsel
100 Church Street, Room 20-99
New York, New York 10007
(212) 356-2032
ltoson@law.nyc.gov
eproshansky@law.nyc.gov
tjenerette@law.nyc.gov

**Counsel for UPS:**

Carrie H. Cohen
Jamie A. Levitt
Mark David McPherson
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
CCohen@mofo.com
JLevitt@mofo.com
MMcPherson@mofo.com

Gregory B. Koltun (Admitted *Pro Hac Vice*)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
GKoltun@mofo.com

Paul T. Friedman (Admitted *Pro Hac Vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
PFriedman@mofo.com

Deanne E. Maynard (Admitted *Pro Hac Vice*)
Natalie Fleming Nolen
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000

    Washington, DC 20006-1888
    Telephone: (202) 887-1500
    DMaynard@mofo.com
    nflemingnolen@mofo.com

**III.**    **The number of trial days:**

Court has assigned eight trial days.

**IV.**    **Jointly agreed stipulations or statements of fact or law:**

The parties to this action stipulate to the following facts and legal conclusions:

1.    Defendant United Parcel Service, Inc. ("UPS") is a corporation, organized and existing under the laws of the State of Delaware, with its principal place of business located in Atlanta, Georgia.

2.    All bates-stamped documents produced by UPS in discovery, with bates-stamps beginning UPS, are authentic within the meaning of Federal Rule of Evidence 901. This does not include any document produced by third parties in this litigation that may have used a UPS prefix in their bates-stamps.

3.    All bates-stamped documents produced by Plaintiffs in discovery, with bates-stamps beginning with NYS, NYUPS, or NYCUPS, with the exception of documents produced to Plaintiffs by third parties even if they were re-produced by Plaintiffs, are authentic within the meaning of Federal Rule of Evidence 901. The shippers at issue identified in Exhibit A hereto were assigned the corresponding account numbers listed in Exhibit A by UPS for use by those shippers in conducting business with UPS, with the exception of 7GT-1SUF which UPS has not located in its account databases. Furthermore, some accounts listed on Exhibit A had no shipment activity (i.e., the account was not used), and other accounts had no shipment activity in the timeframe at issue in this lawsuit. Pursuant to the August 3, 2016 Stipulation & Order, the shippers listed on Exhibit A are the specific shippers and account numbers that Plaintiffs will put

3

at issue for trial, and Plaintiffs are not seeking recovery at trial on any account number not listed on Exhibit A.  The parties do not stipulate to any allegation of affiliation between any shippers listed on Exhibit A.

## V. Witness testimony:

| Witness[1] | Live/ Designation | Estimated Length of Direct[2] | Estimated Length of Cross | Estimated Length of Redirect |
|---|---|---|---|---|
| Plaintiffs' Witnesses | | | | |
| Angell, Sonia | Live | Declaration | 30 mins | 20 mins |
| Bell, Ronald* | Live | 30 mins | 20 mins | 10 mins |
| Bergal, Mitchell* | Live | 30 mins | 30 mins | 10 mins |
| Bess, Brian* | Live | 20 mins | 15 mins | 5 mins |
| Christ, Philip | Live | 75 mins | 60 mins | 30 mins |
| Cook, Brad | Live | Declaration | 165 mins | 120 mins |
| DelBello, Richard | Live | Declaration | 60 mins | 45 mins |
| Erath, Dr. Christopher | Live | Declaration | 50 mins | 25 mins |
| Fink, Gerard | Live | Declaration | 120 mins | 90 mins |
| Guarino, Vincent | Live | Declaration | 30 mins | 25 mins |
| Harris, Wayne* | Live | 20 mins | 15 mins | 5 mins |
| Hart, Ray* | Live | 30 mins | 30 mins | 10 mins |
| Jacobs, Rosalie* | Live | 45 mins | 30 mins | 15 mins |
| Keith, Ryan | Live | Declaration | 45 mins | 35 mins |
| Kirk, Clyde* | Live | 20 mins | 20 mins | 5 mins |
| Kokeas, Maureen | Live | Declaration | 20 mins | 20 mins |
| Lehmann, Susan* | Live | 15 mins | 15 mins | 5 mins |
| McDowell, Judson Timothy | Live | 45 mins | 30 mins | 10 mins |
| Napieralska, Katarzyna* | Live | 15 mins | 15 mins | 5 mins |
| Niemi, Derek | Live | Declaration | 45 mins | 45 mins |
| Oliver, Robert | Live | 60 mins | 30 mins | 15 mins |
| Quinn, Denis* | Live | 15 mins | 15 mins | 5 mins |
| Schermerhorn, Maria* | Live | 15 mins | 15 mins | 5 mins |
| Szelagowski, Matthew | Live | 45 mins | 30 mins | 15 mins |
| Talbot, Steven | Live | Declaration | 60 mins | 30 mins |

---

[1] Witnesses with * indicate those witnesses subject to UPS's August 16, 2016 motion to strike. (ECF 335).  Plaintiffs intend to move the Court for permission over UPS's objection to substitute Mitchell Bergal for another witness (Robert Oldro) who was also subject to UPS's August 16, 2016 motion to strike.

[2] The live witness examination times reflected herein are estimates, and UPS respectfully maintains that it is entitled to 50% of the total trial time allotted to the parties, as set forth in its August 16, 2016 letter motion (ECF 335).

ny-1245874

| Witness[1] | Live/Designation | Estimated Length of Direct[2] | Estimated Length of Cross | Estimated Length of Redirect |
|---|---|---|---|---|
| Ward, Roger* | Live | 15 mins | 15 mins | 5 mins |
| Watkins, Jr. Jesse* | Live | 20 mins | 15 mins | 5 mins |
| Bankoski, Douglas | Designation | N/A | N/A | |
| Cintron, Louis | Designation | N/A | N/A | |
| Haseley, Jolene M. | Designation | N/A | N/A | |
| Jarvis, Donald | Designation | N/A | N/A | |
| Logan, Ronald | Designation | N/A | N/A | |
| Potter, Lewis | Designation | N/A | N/A | |
| Rohr, Gregory James | Designation | N/A | N/A | |
| Sheridan, Candace | Designation | N/A | N/A | |
| Wheaton, Wayne | Designation | N/A | N/A | |
| Defendant's Witnesses | | | | |
| Azam, Mohammad | Live | Declaration | 20 mins | 30 mins |
| Blauvelt, Debra | Live | Declaration | 20 mins | 15 mins |
| Boone, Wendy | Live | 20 mins | 30 mins | 20 mins |
| Della Serra, Carmine | Live | Declaration | 30 mins | 20 mins |
| Delman, Farrell | Live | Declaration | 45 mins | 40 mins |
| Loewenson, Carl H., Jr. | Live | Declaration | 20 mins | 15 mins |
| Nevo, Aviv | Live | Declaration | 45 mins | 45 mins |
| Palombaro, Jeff | Live | Declaration | 45 mins | 30 mins |
| Puleo, Jennifer | Live | Declaration | 20 mins | 15 mins |
| Sabry, Faten | Live | Declaration | 20 mins | 15 mins |
| Shea, Mike | Live | Declaration | 20 mins | 15 mins |
| Terranova, Jim | Live | Declaration | 45 mins | 30 mins |
| Van Liere, Kent | Live | Declaration | 20 mins | 15 mins |
| Woods, Don | Live | Declaration | 20 mins | 15 mins |
| Connolly, John | Designation | N/A | N/A | |
| Ernst, Richard | Designation | N/A | N/A | |
| Grayson, James | Designation | N/A | N/A | |
| Jerry, Michael | Designation | N/A | N/A | |
| Marsh, Roy | Designation | N/A | N/A | |
| Monell, Julio | Designation | N/A | N/A | |
| Nocenti, David | Designation | N/A | N/A | |
| Total Time: | | 2895 minutes (48 hours 10 minutes) | | |

VI. **Deposition designations:**

Plaintiffs' deposition designations are attached hereto as Exhibit 1.

Defendant's deposition designations are attached hereto as Exhibit 2.

5

ny-1245874

**VII.    Trial exhibits:**

Plaintiffs' trial exhibit list is attached hereto as Exhibit 3.

Defendant's trial exhibit list is attached hereto as Exhibit 4.

**VIII.   Proposed findings of fact and conclusions of Law:**

Plaintiffs' proposed findings of fact and conclusions of law are Exhibit 5.

Defendant's proposed findings of fact and conclusions of law are Exhibit 6.

Parties will file their respective findings of fact and conclusions of law on September 9, 5:00 pm per court's order (ECF No. 388).

**IX.    Declarations of direct testimony:**

Plaintiffs' declarations of direct testimony are attached hereto as:

Exhibit 7 – Dr. Sonia Angell
Exhibit 8 – Dr. Christopher Erath
Exhibit 9 – Maureen Kokeas

Defendant's declarations of direct testimony are attached hereto as:

Exhibit 10 – Mohammad Azam
Exhibit 11 – Debra Blauvelt
Exhibit 12 – Brad Cook
Exhibit 13 – Richard DelBello
Exhibit 14 – Carmine Della Serra
Exhibit 15 – Farrell Delman
Exhibit 16 – Gerard Fink
Exhibit 17 – Vincent Guarino
Exhibit 18 – Ryan Keith
Exhibit 19 – Carl Loewenson, Jr.
Exhibit 20 – Aviv Nevo
Exhibit 21 – Derrick Niemi
Exhibit 22 – Jeffrey Palombaro
Exhibit 23 – Jennifer Puleo
Exhibit 24 – Faten Sabry
Exhibit 25 – Michael Shea
Exhibit 26 – Steve Talbot
Exhibit 27 – James Terranova
Exhibit 28 – Kent D. Van Liere
Exhibit 29 – Donald J. Woods

Respectfully submitted,

Dated: New York, New York
September 6, 2016

| By: /s/ *John Oleske* | By: /s/ *Carrie H. Cohen* |
|---|---|
| *Attorneys for Plaintiff*<br>The State of New York | *Attorneys for Defendant*<br>United Parcel Service, Inc. |
| John Oleske<br>Dana Biberman<br>Christopher Leung<br>Kevin Lynch<br>Office of the Attorney General of the State of New York<br>120 Broadway, 3rd floor<br>New York, New York 10271<br>(212) 416-8660<br>john.oleske@ag.ny.gov<br>dana.biberman@ag.ny.gov<br>christopher.leung@ag.ny.gov<br>kevin.lynch@ag.ny.gov | Carrie H. Cohen<br>Jamie A. Levitt<br>Mark David McPherson<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019<br>Telephone: (212) 468-8000<br>CCohen@mofo.com<br>JLevitt@mofo.com<br>MMcPherson@mofo.com |
| *Attorneys for Plaintiff*<br>The City of New York | Paul T. Friedman (Admitted *Pro Hac Vice*)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-7000<br>PFriedman@mofo.com |
| Lilia Toson<br>Eric Proshansky<br>Tonya Jenerette<br>New York City Law Department<br>Office of the Corporation Counsel<br>100 Church Street, Room 20-99<br>New York, New York 10007<br>(212) 356-2032<br>ltoson@law.nyc.gov<br>eproshansky@law.nyc.gov<br>tjenerette@law.nyc.gov | Gregory B. Koltun (Admitted *Pro Hac Vice*)<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017-3543<br>Telephone: (213) 892-5200<br>GKoltun@mofo.com |
| | Deanne E. Maynard (Admitted *Pro Hac Vice*)<br>Natalie Fleming Nolen<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Avenue, NW, Suite 6000<br>Washington, DC 20006-1888<br>Telephone: (202) 887-1500<br>DMaynard@mofo.com<br>nflemingnolen@mofo.com |

Case 1:15-cv-01136-KBF Document 389 Filed 09/06/16 Page 8 of 8