```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE STATE OF NEW YORK and THE CITY
OF NEW YORK,
                           Plaintiffs,                        15 **CIVIL** 1136 (KBF)

-v-                                            **JUDGMENT**

UNITED PARCEL SERVICE, INC.,
                           Defendant.
-----------------------------------------------------------------X

      Whereas this action having come before the Court, and this case was tried to the bench on September 19, 2016, through September 29, 2016. Following the trial, on March 24, 2017, the Court issued a preliminary Opinion & Order setting forth, inter alia, its findings of fact and conclusions of law, and on May 25, 2017, the Court issued a Corrected Opinion & Order. The Court found Defendant United Parcel Service, Inc. ("UPS") liable on each claim asserted against it. Plaintiffs New York State and New York City are entitled to compensatory damages and penalties. The sole remaining question is the quantum to be awarded. The parties were ordered to submit certain information to the Court no later than April 7, 2017, and the matter having come before the Honorable Katherine B. Forrest, United States District Judge, and the Court, on May 25, 2017, having rendered its Opinion and Order stating that the Court has set forth its determination of damages and penalties. In total, awarding Plaintiff New York State $165,817,479 and awarding Plaintiff New York City $81,158,135; and directing the Clerk of Court to enter final judgment against defendant UPS, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 25, 2017, the Court has set forth its determination of damages and penalties. In total, Plaintiff New York State is awarded $165,817,479 and Plaintiff New York City is awarded $81,158,135; final judgment is entered against defendant UPS.

**Dated:** New York, New York
          May 26, 2017

                                                              **RUBY J. KRAJICK**
                                                               Clerk of Court
                                  **BY:**
                                                              _____
                                                              Deputy Clerk