**MANDATE**

N.Y.S.D. Case # 15-cv-1136(KBF)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of November, two thousand nineteen.

Before:  Dennis Jacobs,
        Gerard E. Lynch,
           *Circuit Judges*,
        Lawrence J. Vilardo,
           *District Judge.*\*

_____

The State of New York, The City of New York,

    Plaintiffs - Appellees - Cross-Appellants,

v.

United Parcel Service, Inc.,

    Defendant - Appellant - Cross-Appellee.

_____

**JUDGMENT**

Docket Nos. 17-1993(L), 17-2107(XAP), 17-2111(XAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct. 13, 2020

The appeals in the above captioned cases from a judgment of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgments of liability are AFFIRMED, the penalties under PHL § 1399-*ll* are AFFIRMED, the awards of damages under the CCTA and AOD are MODIFIED, and the imposition of penalties under the PACT Act are VACATED. The judgment of the district court, as so modified, is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

_____
\* Judge Lawrence J. Vilardo, of the United States District Court for the Western District of New York, sitting by designation.

MANDATE ISSUED ON 10/13/2020